**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924 |
| | **JUDGE ROBIN L ROSENBERG**<br>**MAGISTRATE JUDGE BRUCE REINHART** |

_____/

THIS DOCUMENT RELATES TO:                           **JURY TRIAL DEMANDED**

Donald Fowler and
Caroline Fowler

_____

(Plaintiff Name(s))

## SHORT-FORM COMPLAINT

The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against Defendants named below. Plaintiff(s) incorporate(s) by reference the allegations contained in the Master Personal Injury Complaint ("MPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation*, MDL No. 2924 (S.D. Fla). Plaintiff(s) file(s) this Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

### I.    PARTIES, JURISDICTION, AND VENUE

**A. PLAINTIFF(S)**

1.    Plaintiff(s) DONALD FOWLER _____

("Plaintiff(s)") brings this action (check the applicable designation):

☒    On behalf of [*himself/herself*];

1

☐    In representative capacity as the _____, on behalf

of the injured party, (Injured Party's Name)

_____.

2.    Injured Party is currently a resident and citizen of (City, State) Apex        NC and claims damages as set forth below.

### —OR—

Decedent died on (Month, Day, Year) _____. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) _____.

If any party claims loss of consortium,

3.    Caroline Fowler ("Consortium Plaintiff") alleges damages for loss of consortium.

4.    At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of (City, State) Apex        NC.

5.    At the time the alleged injury occurred, Consortium Plaintiff resided in (City, State) Apex        NC.

### B. DEFENDANT(S)

6.    Plaintiff(s) name(s) the following Defendants from the Master Personal Injury Complaint in this action:

    **a. Brand Manufacturers:**

    Pfizer Inc.; Boehringer Ingelheim USA Corporation; Sanofi S.A.; GlaxoSmithKline LLC; GlaxoSmithKline (America) Inc.; Boehringer Ingelheim Pharmaceuticals, Inc.; Sanofi-Aventis U.S. LLC; Boehringer Ingelheim International GmbH; Patheon Manufacturing Service LLC; Boehringer Ingelheim Promeco, S.A. de C.V.; Boehringer Ingelheim Corporation; Sanofi US Services Inc.; GlaxoSmithKline PLC

**b.  Generic Manufacturers:**

**c.  Distributors:**

Chattem, Inc.; McKesson Corporation; Cardinal Health, Inc.

**d.  Retailers:**

The Kroger Co.

**e.  Repackagers:**

Golden State Medical Supply, Inc.; Precision Dose Inc.; Denton Pharma Inc. d/b/a
Northwind Pharmaceuticals

**f.  Others Not Named in the MPIC:**

AmerisourceBergen Corporation; The Kroger Co.

**C. JURISDICTION AND VENUE**

7.    Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]:

Eastern _____ District of NC _____

8.    Jurisdiction is proper upon diversity of citizenship.

## II.    PRODUCT USE

9.    The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

☐    By prescription

☒    Over the counter

10.    The Injured Party used Zantac and/or generic ranitidine from approximately (month, year) Jan    2014 _____ to Jan    2020 _____.

## III.    PHYSICAL INJURY

11.    As a result of the Injured Party's use of the medications specified above, [*he/she*] was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☐ | BLADDER CANCER | |
| ☐ | BRAIN CANCER | |
| ☐ | BREAST CANCER | |
| ☐ | COLORECTAL CANCER | |

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☐ | ESOPHAGEAL/THROAT/NASAL CANCER | |
| ☐ | INTESTINAL CANCER | |
| ☒ | KIDNEY CANCER | Apr      16      2020 |
| ☐ | LIVER CANCER | |
| ☐ | LUNG CANCER | |
| ☐ | OVARIAN CANCER | |
| ☐ | PANCREATIC CANCER | |
| ☐ | PROSTATE CANCER | |
| ☐ | STOMACH CANCER | |
| ☐ | TESTICULAR CANCER | |
| ☐ | THYROID CANCER | |
| ☐ | UTERINE CANCER | |
| ☐ | OTHER CANCER: _____ | |
| ☐ | DEATH (CAUSED BY CANCER) | |

12.     Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s)

### IV.    CAUSES OF ACTION ASSERTED

13.    The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| ☒ | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| ☒ | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| ☒ | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| ☒ | IV | NEGLIGENCE – FAILURE TO WARN |
| ☒ | V | NEGLIGENT PRODUCT DESIGN |
| ☒ | VI | NEGLIGENT MANUFACTURING |
| ☒ | VII | GENERAL NEGLIGENCE |
| ☒ | VIII | NEGLIGENT MISREPRESENTATION |
| ☒ | IX | BREACH OF EXPRESS WARRANTIES |
| ☒ | X | BREACH OF IMPLIED WARRANTIES |
| ☒ | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below:<br>N.C. Gen. Stat. 75-1.1, et seq. _____ |
| ☒ | XII | UNJUST ENRICHMENT |
| ☒ | XIII | LOSS OF CONSORTIUM |
| ☐ | XIV | SURVIVAL ACTION |
| ☐ | XV | WRONGFUL DEATH |
| ☐ | XVI | OTHER: _____ |
| ☐ | XVII | OTHER: _____ |
| ☐ | XVIII | OTHER: _____ |

If Count XVI, Count XVII or Count XVIII is alleged, additional facts supporting the claim(s):

## V.    JURY DEMAND

14.    Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

Attorney 1 Signature: _Carrie R. Guest (signature)_

Attorney 1 Print: Carrie R. Guest

Attorney 2 Signature: _____

Attorney 2 Print: _____

Firm: Martin & Jones, PLLC

Address 1: 4140 Parklake Avenue

Address 2: Suite 400

City: Raleigh

State: NC

Zip: 27612

Email: crg@m-j.com

Phone: 919-821-0005

Attorney 1 Signature: _____

Attorney 1 Print: _____

Attorney 2 Signature: _____

Attorney 2 Print: _____

Firm: _____

Address 1: _____

Address 2: _____

City: _____

State: _____

Zip: _____

Email: _____

Phone: _____